```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

```
In re:                                               Case No. 19-02858-HWV
Oscar Enrique Parra                                  Chapter 13
Kari Lyn Parra
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: JGoodling        Page 1 of 1          Date Rcvd: Oct 02, 2019
                              Form ID: pdf010         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
   NO NOTICES MAILED.
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5218114        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 02 2019 19:24:33      MIDLAND FUNDING LLC,
              2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
                                                                               TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Dorothy L Mott    on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James  Warmbrodt   on behalf of Creditor   Select Portfolio Servicing, Inc.
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 2 Kari Lyn Parra karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Debtor 1 Oscar Enrique Parra karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Karina  Velter   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           amps@manleydeas.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 8
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| OSCAR ENRIQUE PARRA | : | |
| KARI LYN PARRA, | : | CASE NO. 1:19-bk-02858 |
|     Debtors | : | |
| | : | |
| OSCAR ENRIQUE PARRA | : | |
| KARI LYN PARRA, | : | |
|     Movants | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND FUNDING LLC, | : | |
|     Respondent | : | |

## O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby

ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of MIDLAND FUNDING LLC in the approximate amount of $890.73 entered in Franklin  County at docket number # 2019-2012 be and hereby is avoided; it is further

ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Franklin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated:  October 1, 2019

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (JH)