```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02858-HWV
Oscar Enrique Parra                                                 Chapter 13
Kari Lyn Parra
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling          Page 1 of 1          Date Rcvd: Oct 10, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5242869        +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 19:29:47      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 2 Kari Lyn Parra karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 1 Oscar Enrique Parra karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>OSCAR ENRIQUE PARRA<br>KARI LYN PARRA,<br>    Debtors | :<br>:<br>:<br>:<br>: | CHAPTER 13<br><br>CASE NO. 1:19-bk-02858 |
| OSCAR ENRIQUE PARRA<br>KARI LYN PARRA,<br>    Movants<br>v.<br>CAVALRY SPV I LLC,<br>    Respondent/Claimant | :<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br>OBJECTION TO CLAIM # 10 |

## O R D E R

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtors, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i)

Dated: October 10, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)