UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| OSCAR ENRIQUE PARRA | : | |
| | : | CASE NO. 1:19-bk-02858 |
| KARI LYN PARRA | : | |
| | : | |
| Debtors | : | |

## MOTION FOR AMENDED ORDER TO PAY TRUSTEE

    Come now, Oscar Enrique Parra and Kari Lyn Parra, by and through Kara K. Gendron, Esquire and request an Order to pay Trustee, respectfully representing in support thereof:

    1. The Debtors filed a Chapter 13 petition on July 2, 2019 at the above-captioned docket number.

    2. The Debtors receive regular income from employment which may be attached under 11 U.S.C. Section 1326 to fund the Chapter 13 Plan.

    3. The likelihood of success in this case will be much greater if the income is attached to fund the Plan.

    4. The Debtors consent to the wage attachment.

    Wherefore, the Debtors respectfully request that this Court enter an Order to pay Trustee in the form attached.

    Respectfully submitted,

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire
Attorney ID # 87577
Mott & Gendron Law
125 State Street
Harrisburg PA 17101
(717) 232-6650 Tel
(717) 232-0477 Fax
karagendron@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
OSCAR ENRIQUE PARRA :
: CASE NO. 1:19-bk-02858
KARI LYN PARRA :
:
 Debtors :

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, Oscar Enrique Parra receives income:

MENNO HAVEN INC
ATTN: PAYROLL DEPARTMENT
2011 SCOTLAND AVENUE
CHAMBERSBURG, PA 17201

deduct from said income the sum of $465.00 from each monthly paycheck, or $232.50 from each two-week pay check, or $116.25 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| OSCAR ENRIQUE PARRA | : | |
| | : | CASE NO. 1:19-bk-02858 |
| KARI LYN PARRA | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
| --- | --- |
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| MENNO HAVEN INC<br>ATTN: PAYROLL DEPARTMENT<br>2011 SCOTLAND AVENUE<br>CHAMBERSBURG, PA 17201 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 10/28/2019

/s/ Kara K. Gendron,
Kara K Gendron, Esq.
Attorney ID #:87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232-6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com