LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| OSCAR ENRIQUE PARRA | : | |
| | : | CASE NO. 1:19-bk-02858 |
| KARI LYN PARRA | : | |
| | : | |
| Debtor(s) | : | |

**AMENDED REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

Instructions: Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed upon a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $4,000.00 |
| 2. Less amount paid to attorney outside of plan distributions | $     0.00 |
| 3. Balance of compensation to be paid through plan distributions | $4,000.00 |
| 4. Expenses advanced to be paid through plan distributions: (photocopies, postage) | $   211.50 |
| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Compensation and expenses to be approved by the Court | $     0.00 |
| 2. Less amounts paid to attorney outside of plan distributions | $     0.00 |
| | $     0.00 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $     0.00 |

| | |
|---|---|
| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $4,211.50 |

Dated: October 28, 2019

/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717.232.6650 Tel
717.232.0477 Fax
karagendron@gmail.com