```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                      Case No. 19-02858-HWV
Oscar Enrique Parra                                                         Chapter 13
Kari Lyn Parra
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling             Page 1 of 2           Date Rcvd: Nov 08, 2019
                              Form ID: ntpasnh            Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db/jdb         +Oscar Enrique Parra,   Kari Lyn Parra,   417 Kraiss Avenue,   Chambersburg, PA 17201-3766
5218098        +COMCAST CABLE (BK Notices),   676 ISLAND POND ROAD,   MANCHESTER, NH 03109-4840
5218100         CREDIT FIRST NATL ASSOC,   PO BOX 81344,   CLEVELAND, OH 44188-0344
5231585         Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
5218103        +DSNB MACYS,   BK NOTICES,   PO BOX 8053,   MASON, OH 45040-8053
5218106        +FBCS INC,   2200 BYBERRY RD, STE 120,   HATBORO, PA 19040-3739
5218109        +JPMCB CARD,   PO BOX 15369,   WILMINGTON, DE 19850-5369
5218111         MANLEY DEAS KOCHALSKI LLC,   PO BOX 165028,   COLUMBUS, OH 43216-5028
5218112        +MCCLEARY HEATING AND COOLING,   198 SUNSET BLVD E,   CHAMBERSBURG, PA 17202-7953
5218115        +MR COOPER,   8950 CYPRESS WATERS BLVD,   DALLAS, TX 75019-4620
5236902        +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Attention: Bankruptcy Department,   PO Box 619096,
                 Dallas TX 75261-9096
5218117         ONEMAIN FINANCIAL (BK Real Estate),   PO BOX 6043,   SIOUX FALLS, SD 57117-6043
5218119        +PEERLESS CREDIT SERVICES, INC,   PO BOX 518,   MIDDLETOWN, PA 17057-0518
5218122        +SUMMIT PHYSICIAN SERVICES,   785 5TH AVE, STE 3,   CHAMBERSBURG, PA 17201-4232
5218127        +THE STORAGE HOUSE,   440 MOWER ROAD,   CHAMBERSBURG, PA 17202-8150
5218128        +UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0751
5218129        +UNEMPL COMP TAX MATTERS,   HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2019 19:36:11
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5218092        +E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2019 19:25:39     ALLY,   PO BOX 130424,
                 ROSEVILLE, MN 55113-0004
5218093        +E-mail/Text: legal@arsnational.com Nov 08 2019 19:26:40     ARS NATIONAL SERVICES, INC,
                 PO BOX 469046,   ESCONDIDO, CA 92046-9046
5259230         E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2019 19:25:39     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
5218094         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2019 19:35:34
                 CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5218095        +E-mail/Text: bankruptcy@cavps.com Nov 08 2019 19:26:56     CAVALRY SPV I LLC,
                 ATT ANDREW ZARO CEO & PRESIDENT,   500 SUMMIT LAKE DR, STE 400,   VALHALLA, NY 10595-2321
5218096         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2019 19:26:41     CB/VICSCRT,
                 ATTN: BANKRUPTCY NOTICES,   PO BOX 182125,   COLUMBUS, OH 43218-2125
5218097        +E-mail/Text: dehartstaff@pamd13trustee.com Nov 08 2019 19:27:01     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5218099         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2019 19:26:44     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5218101         E-mail/PDF: creditonebknotifications@resurgent.com Nov 08 2019 19:35:10     CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,   PO BOX 98873,   LAS VEGAS, NV 89193-8873
5242869        +E-mail/Text: bankruptcy@cavps.com Nov 08 2019 19:26:56     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5218102        +E-mail/Text: bankruptcynotices@dcicollect.com Nov 08 2019 19:27:02     DIVERSIFIED,
                 PO BOX 551268,   JACKSONVILLE, FL 32255-1268
5218104         E-mail/Text: operationsclerk@easypayfinance.com Nov 08 2019 19:25:37     EASYPAY/DVRA,
                 2701 LOKER AVE WEST,   CARLSBAD, CA 92008
5218105        +E-mail/Text: bknotice@ercbpo.com Nov 08 2019 19:26:51     ERC,   PO BOX 57547,
                 JACKSONVILLE, FL 32241-7547
5218107         E-mail/Text: cio.bncmail@irs.gov Nov 08 2019 19:26:37     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5218110        +E-mail/Text: bncnotices@becket-lee.com Nov 08 2019 19:26:36     KOHLS/CAPONE,
                 COLLECTION DEPARTMENT,   PO BOX 3084,   MILWAUKEE, WI 53201-3084
5218113        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2019 19:26:48     MIDLAND CREDIT MANAGEMENT, INC.,
                 2365 NORTHSIDE DR, STE 300,   SAN DIEGO, CA 92108-2709
5218114        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2019 19:26:48     MIDLAND FUNDING LLC,
                 2365 NORTHSIDE DR STE 300,   SAN DIEGO, CA 92108-2709
5241831        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2019 19:26:48     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
5218116        +E-mail/Text: Bankruptcies@nragroup.com Nov 08 2019 19:27:09     NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,   HARRISBURG, PA 17111-1036
5242456         E-mail/Text: jennifer.chacon@spservicing.com Nov 08 2019 19:27:10     Onyx Bay Trust,
                 c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
5218118        +E-mail/Text: bankruptcy@patriotfcu.org Nov 08 2019 19:26:53     PATRIOT FEDERAL CREDIT UNI,
                 800 WAYNE AVE,   CHAMBERSBURG, PA 17201-3810
5218120         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2019 19:35:34
                 PORTFOLIO RECOVERY ASSOCIATES LLC,   BK NOTICES,   PO BOX 41067,   NORFOLK, VA 23541
5244474         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2019 19:35:05
                 PORTFOLIO RECOVERY ASSOCIATES, LLC,   P O B   41067,   NORFOLK, VA 23541
5244188         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2019 19:35:34
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
```

```
District/off: 0314-1           User: JGoodling            Page 2 of 2                Date Rcvd: Nov 08, 2019
                               Form ID: ntpasnh           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5242920       +E-mail/Text: bankruptcy@patriotfcu.org Nov 08 2019 19:26:53      Patriot Federal Credit Union,
               PO Box 778,    Chambersburg, PA 17201-0778
5237302        E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2019 19:26:41
               Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
               Kirkland, WA  98083-0788
5218121       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 08 2019 19:27:12      RMP,   PO BOX 329,
               TEMPLE, PA 19560-0329
5218123       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 19:35:05      SYNCB/AMEG,    PO BOX 965005,
               ORLANDO, FL 32896-5005
5218124        E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 19:35:35      SYNCB/JCP,    BK NOTICES,
               PO BOX 965060,    ORLANDO, FL 32896-5060
5218125       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 19:35:34      SYNCB/LOWES,   PO BOX 965004,
               ORLANDO, FL 32896-5004
5218126       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 19:35:34      SYNCB/WALMART,   PO BOX 965024,
               ORLANDO, FL 32896-5024
5263236       +E-mail/Text: jennifer.chacon@spservicing.com Nov 08 2019 19:27:10
               Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,
               Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
5263235       +E-mail/Text: jennifer.chacon@spservicing.com Nov 08 2019 19:27:10
               Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
5218631       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 19:35:05      Synchrony Bank,
               c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5218130       +E-mail/Text: bkrpt21@maxprofitsys.com Nov 08 2019 19:26:48      VALLEY CREDIT SERVICE INC,
               PO BOX 2162,    HAGERSTOWN, MD 21742-2162
                                                                                              TOTAL: 36

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5242400*        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5218108*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Danielle Boyle-Ebersole    on behalf of Creditor    Select Portfolio Servicing, Inc.
           debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
          Dorothy L Mott    on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Dorothy L Mott    on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc.
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 2 Kari Lyn Parra karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Debtor 1 Oscar Enrique Parra karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           amps@manleydeas.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Oscar Enrique Parra <br> **Debtor 1** <br><br> Kari Lyn Parra <br> **Debtor 2** <br><br><br> Select Portfolio Servicing, Inc., <br> **Movant(s)** <br><br> vs. <br><br> Oscar Enrique Parra <br> Kari Lyn Parra and <br> Charles J. DeHart, III (Trustee), <br> **Respondent(s)** | Chapter: 13 <br><br> Case number: 1:19−bk−02858−HWV <br><br> Document Number: 59 <br><br> Matter: Motion to Approve Trial Loan Modification |
| **Notice** | |

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **November 29, 2019**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 8, 2019 |

ntpasnh(05/18)