```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02858-HWV
Oscar Enrique Parra                                             Chapter 13
Kari Lyn Parra
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1      Date Rcvd: Feb 13, 2020
                        Form ID: orcnfpln      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
db/jdb       +Oscar Enrique Parra,   Kari Lyn Parra,   417 Kraiss Avenue,   Chambersburg, PA 17201-3766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
           Danielle Boyle-Ebersole   on behalf of Creditor   Select Portfolio Servicing, Inc.
            debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
           Dorothy L Mott   on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com,
            KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
           Dorothy L Mott   on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com,
            KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
           James Warmbrodt   on behalf of Creditor   Select Portfolio Servicing, Inc.
            bkgroup@kmllawgroup.com
           Kara Katherine Gendron   on behalf of Debtor 1 Oscar Enrique Parra karagendronecf@gmail.com,
            doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
           Kara Katherine Gendron   on behalf of Debtor 2 Kari Lyn Parra karagendronecf@gmail.com,
            doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
           Karina Velter   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
            amps@manleydeas.com
           United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                            TOTAL: 9

In re:

| | |
|---|---|
| Oscar Enrique Parra, | Chapter 13 |
| **Debtor 1** | |
| Kari Lyn Parra, | Case No. 1:19–bk–02858–HWV |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 28, 2019. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: February 13, 2020

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

orcnfpln(05/18)