United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02858-HWV |
| Oscar Enrique Parra | Chapter 13 |
| Kari Lyn Parra | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 09, 2021     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2021 09:05:51 | PORTFOLIO RECOVERY ASSOCIATES LLC, 120 CORPORATE BLVD, NORFOLK, VA 23502 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Oscar Enrique Parra karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Kari Lyn Parra karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Karina Velter | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>OSCAR ENRIQUE PARRA<br>KARI LYN PARRA,<br>    Debtors | : <br>:<br>:<br>:<br>: | CHAPTER 13<br><br>CASE NO. 1:19-bk-02858 |
| OSCAR ENRIQUE PARRA<br>KARI LYN PARRA,<br>    Movants | :<br>:<br>:<br>:<br>: | |
| v. | :<br>: | |
| PORTFOLIO RECOVERY<br>ASSOCIATES LLC,<br>    Respondent | :<br>:<br>:<br>:<br>: | |

## O R D E R

    UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby
    ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of PORTFOLIO RECOVERY ASSOCIATES LLC in the approximate amount of $1,308.80 entered in Franklin County at docket number # 2014-3417 be and hereby is avoided; it is further
    ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Franklin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: February 9, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)