United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                     Case No. 19-02858-HWV
Oscar Enrique Parra                                      Chapter 13
Kari Lyn Parra
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                  Page 1 of 2
Date Rcvd: Jun 24, 2021                          Form ID: pdf010                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

**Recip ID**                **Recipient Name and Address**
               +  Menno Haven Inc., Attn: Payroll Department, 2011 Scotland Avenue, Chambersburg PA 17201-1451

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021                            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

**Name**                                **Email Address**

Adam Bradley Hall
                             on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com

Bradley J Osborne
                             on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Danielle Boyle-Ebersole
                             on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Dorothy L Mott
                             on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com
                             karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Dorothy L Mott
                             on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com
                             karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com

Kara Katherine Gendron
on behalf of Debtor 1 Oscar Enrique Parra mottgendronecf@gmail.com
doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron
on behalf of Debtor 2 Kari Lyn Parra mottgendronecf@gmail.com
doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Regina Cohen
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
OSCAR ENRIQUE PARRA :
KARI LYN PARRA : CASE NO. 1:19-bk-02858
  Debtors

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, Oscar Enrique Parra receives income:

MENNO HAVEN INC
ATTN: PAYROLL DEPARTMENT
2011 SCOTLAND AVENUE
CHAMBERSBURG, PA 17201

deduct from said income the sum of $232.50 from each two-week pay check, or $116.25 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

JACK N ZAHAROPOULOS
CHAPTER 13 TRUSTEE
PO BOX 6008
MEMPHIS, TN 38101-6008

It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.
   It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.
   It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.
   It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: June 24, 2021     By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)