United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02858-HWV |
| Oscar Enrique Parra | Chapter 13 |
| Kari Lyn Parra | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5384952 | + Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Bradley J Osborne | on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Bradley J Osborne | on behalf of Creditor Select Portfolio Servicing. as servicing agent for Federal Home Loan Mortgage, as Trustee for the Benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Dorothy L Mott | on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com |

|  |  |
|---|---|
|  | karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Oscar Enrique Parra karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Kari Lyn Parra karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-02858-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Oscar Enrique Parra
417 Kraiss Avenue
Chambersburg PA 17201

Kari Lyn Parra
417 Kraiss Avenue
Chambersburg PA 17201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/04/2021.

Name and Address of Alleged Transferor(s):

Claim No. 4: Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165

Name and Address of Transferee:

Select Portfolio Servicing Inc., as servicing agent et al
PO Box 65250
Salt Lake City, UT 84165
Select Portfolio Servicing Inc., as servicing agent et al

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/06/21

Terrence S. Miller
**CLERK OF THE COURT**