IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>OSCAR ENRIQUE PARRA<br><br>KARI LYN PARRA<br><br>    Debtor(s)<br><br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 c/o Select Portfolio Servicing, Inc.<br>    Movant<br>vs.<br>OSCAR ENRIQUE PARRA<br><br>KARI LYN PARRA<br><br>    Respondent(s) | CHAPTER 13<br><br>CASE NO. 1:19-bk-02858 |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted; however, the Debtors seek to cure the arrearages within a reasonable time.

8. Admitted.

9. Denied. Debtors seek to cure the arrearages within a reasonable time.

10. Admitted.

11. Denied. The Debtors seek to cure the arrearages within a reasonable time.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron

_____

Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com