IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 1:19-bk-02858-HWV |
| Kari Lyn Parra and Oscar Enrique Parra | : Chapter 13 |
|     Debtors | : |
| | : |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
|     vs. | : |
| Kari Lyn Parra and Oscar Enrique Parra | : |
|     Debtor/Respondent | : |
|     and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## **PRAECIPE TO WITHDRAW CERTIFICATE OF NO ANSWER**

TO THE CLERK:

    Please mark the Certificate of No Answer, filed on October 15, 2024 as docket# 108, as withdrawn without prejudice.

    Respectfully submitted,

Date: 10/16/2024

/s/Danielle Boyle-Ebersole,
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 1:19-bk-02858-HWV |
| Kari Lyn Parra and Oscar Enrique Parra | : Chapter 13 |
|     Debtors | : |
| | : |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
| vs. | : |
| Kari Lyn Parra and Oscar Enrique Parra | : |
|     Debtor/Respondent | : |
| and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATE OF MAILING

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Praecipe to Withdraw the Certification of No Answer of Response to Motion Relief, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: <u>Electronic Notification and/ or First Class Mail,</u> as noted below:

Dorothy L. Mott, Esquire  
Kara Katherine Gendron, Esquire  
Via ECF  
*Attorney for Debtors*

Kari Lyn Parra  
Oscar Enrique Parra  
417 Kraiss Avenue  
Chambersburg, PA 17201  
Via First Class Mail  
*Debtors*

Jack N. Zaharopoulos, Esquire  
VIA ECF  
*Trustee*

Date: 10/16/2024

/s/Danielle Boyle-Ebersole,  
Danielle Boyle-Ebersole, Esquire  
Attorney I.D. # 81747  
Hladik, Onorato & Federman, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521/Fax 215-855-9121  
dboyle-ebersole@hoflawgroup.com