IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 1:19-bk-02858-HWV |
| Kari Lyn Parra and Oscar Enrique Parra | : Chapter 13 |
|     Debtors | : |
| | : |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
|     vs. | : |
| Kari Lyn Parra and Oscar Enrique Parra | : |
|     Debtor/Respondent | : |
|     and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    ☐ Thirty (30) days.
    ☒ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

| | |
|---|---|
| Dated: October 17, 2024 | /s/ Danielle Boyle-Ebersole |
| | Attorney for: Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 c/o Select Portfolio Servicing, Inc. |

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.