Certificate Number: 06531-PAM-DE-039998943

Bankruptcy Case Number: 19-02858


06531-PAM-DE-039998943

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2025, at 9:04 o'clock PM CDT, Oscar E Parra completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 19, 2025

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Certified Credit Counselor