United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02858-HWV |
| Oscar Enrique Parra | Chapter 13 |
| Kari Lyn Parra | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5
Date Rcvd: Aug 20, 2025      Form ID: 3180W      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Oscar Enrique Parra, Kari Lyn Parra, 417 Kraiss Avenue, Chambersburg, PA 17201-3766 |
| 5218102 | + | DIVERSIFIED, PO BOX 551268, JACKSONVILLE, FL 32255-1268 |
| 5218106 | + | FBCS INC, 2200 BYBERRY RD, STE 120, HATBORO, PA 19040-3738 |
| 5218112 | + | MCCLEARY HEATING AND COOLING, 198 SUNSET BLVD E, CHAMBERSBURG, PA 17202-7953 |
| 5218117 | | ONEMAIN FINANCIAL (BK Real Estate), PO BOX 6043, SIOUX FALLS, SD 57117-6043 |
| 5218122 | + | SUMMIT PHYSICIAN SERVICES, 785 5TH AVE, STE 3, CHAMBERSBURG, PA 17201-4232 |
| 5510223 | + | Select Portfolio Servicing, Inc., Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454 smccaffery@hoflawgroup.com 19454-4156 |
| 5218127 | + | THE STORAGE HOUSE, 440 MOWER ROAD, CHAMBERSBURG, PA 17202-8150 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 20 2025 22:41:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 20 2025 22:41:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 20 2025 18:39:00 | Federal Home Loan Mortgage Corporation, as Trustee, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | EDI: PRA.COM | Aug 20 2025 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5218092 | + | EDI: GMACFS.COM | Aug 20 2025 22:41:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 5218093 | + | Email/Text: legal@arsnational.com | Aug 20 2025 18:39:00 | ARS NATIONAL SERVICES, INC, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 5422959 | + | EDI: AISACG.COM | Aug 20 2025 22:41:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5259230 | | EDI: GMACFS.COM | Aug 20 2025 22:41:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5218094 | | EDI: CAPITALONE.COM | Aug 20 2025 22:41:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5218095 | + | Email/Text: bankruptcy@cavps.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 20 2025 18:39:00 | CAVALRY SPV I LLC, ATT ANDREW ZARO CEO & PRESIDENT, 500 SUMMIT LAKE DR, STE 400, VALHALLA, NY 10595-2321 |
| 5218096 | | EDI: WFNNB.COM | Aug 20 2025 22:41:00 | CB/VICSCRT, ATTN: BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5218098 | + | EDI: COMCASTCBLCENT | Aug 20 2025 22:41:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5218099 | | EDI: PENNDEPTREV | Aug 20 2025 22:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5218100 | | EDI: CRFRSTNA.COM | Aug 20 2025 22:41:00 | CREDIT FIRST NATL ASSOC, PO BOX 81344, CLEVELAND, OH 44188-0344 |
| 5218101 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2025 18:41:32 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5231585 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2025 18:51:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5242869 | + | Email/Text: bankruptcy@cavps.com | Aug 20 2025 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5218128 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 20 2025 18:39:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5218103 | | EDI: CITICORP | Aug 20 2025 22:41:00 | DSNB MACYS, BK NOTICES, PO BOX 8053, MASON, OH 45040 |
| 5218104 | | Email/Text: operationsclerk@easypayfinance.com | Aug 20 2025 18:39:00 | EASYPAY/DVRA, 2701 LOKER AVE WEST, CARLSBAD, CA 92008 |
| 5218107 | | EDI: IRS.COM | Aug 20 2025 22:41:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5218097 | | Email/Text: info@pamd13trustee.com | Aug 20 2025 18:39:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5218109 | + | EDI: JPMORGANCHASE | Aug 20 2025 22:41:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5218110 | + | EDI: CAPITALONE.COM | Aug 20 2025 22:41:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5218111 | | Email/Text: amps@manleydeas.com | Aug 20 2025 18:39:00 | MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH 43216-5028 |
| 5218113 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2025 18:39:00 | MIDLAND CREDIT MANAGEMENT, INC., 2365 NORTHSIDE DR, STE 300, SAN DIEGO, CA 92108-2710 |
| 5218114 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2025 18:39:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5218115 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2025 18:39:00 | MR COOPER, 8950 CYPRESS WATERS BLVD, DALLAS, TX 75019-4620 |
| 5241831 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2025 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5218116 | + | Email/Text: Bankruptcies@nragroup.com | Aug 20 2025 18:39:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5236902 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2025 18:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 5242456 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Aug 20 2025 18:39:00 | Onyx Bay Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5218118 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 20 2025 18:39:00 | PATRIOT FEDERAL CREDIT UNI, 800 WAYNE AVE, CHAMBERSBURG, PA 17201-3810 |
| 5218120 | | EDI: PRA.COM | Aug 20 2025 22:41:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5244474 | | EDI: PRA.COM | Aug 20 2025 22:41:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, P O B 41067, NORFOLK, VA 23541 |
| 5244188 | | EDI: PRA.COM | Aug 20 2025 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5242920 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 20 2025 18:39:00 | Patriot Federal Credit Union, PO Box 778, Chambersburg, PA 17201-0778 |
| 5237302 | | EDI: Q3G.COM | Aug 20 2025 22:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5218121 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 20 2025 18:39:00 | RMP, PO BOX 329, TEMPLE, PA 19560-0329 |
| 5218123 | + | EDI: SYNC | Aug 20 2025 22:41:00 | SYNCB/AMEG, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5218124 | | EDI: SYNC | Aug 20 2025 22:41:00 | SYNCB/JCP, BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5218125 | + | EDI: SYNC | Aug 20 2025 22:41:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5218126 | + | EDI: SYNC | Aug 20 2025 22:41:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5444209 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing Inc., as, servicing agent et al, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5444210 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing Inc., as, servicing agent et al, PO Box 65250, Salt Lake City, UT 84165, Select Portfolio Servicing Inc., as, servicing agent et al 84165-0250 |
| 5263235 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5263236 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5384952 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5218631 | ^ | MEBN | Aug 20 2025 18:36:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5218129 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 20 2025 18:39:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5218130 | + | Email/Text: bankruptcytn@wakeassoc.com | Aug 20 2025 18:39:00 | VALLEY CREDIT SERVICE INC, PO BOX 2162, HAGERSTOWN, MD 21742-2162 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| 5242400 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5218108 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5218105 | ##+ | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5218119 | ##+ | PEERLESS CREDIT SERVICES, INC, PO BOX 518, MIDDLETOWN, PA 17057-0518 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Bradley J Osborne | on behalf of Creditor Select Portfolio Servicing. as servicing agent for Federal Home Loan Mortgage, as Trustee for the Benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Bradley J Osborne | on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Kari Lyn Parra karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | |

| | |
|---|---|
| | on behalf of Debtor 1 Oscar Enrique Parra karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com |
| Robert Shearer | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 rshearer@raslg.com |
| Sarah K. McCaffery | on behalf of Creditor Select Portfolio Servicing Inc. smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Select Portfolio Servicing. as servicing agent for Federal Home Loan Mortgage, as Trustee for the Benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Oscar Enrique Parra<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6838<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Kari Lyn Parra<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1924<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: | 1:19-bk-02858-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Oscar Enrique Parra          Kari Lyn Parra

**By the court:**

8/20/25

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**