| | |
|---|---|
| In re: | Case No. 19-02858-HWV |
| Oscar Enrique Parra | Chapter 13 |
| Kari Lyn Parra | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf010 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Oscar Enrique Parra, Kari Lyn Parra, 417 Kraiss Avenue, Chambersburg, PA 17201-3766 |
| 5218102 | + | DIVERSIFIED, PO BOX 551268, JACKSONVILLE, FL 32255-1268 |
| 5218106 | + | FBCS INC, 2200 BYBERRY RD, STE 120, HATBORO, PA 19040-3738 |
| 5218112 | + | MCCLEARY HEATING AND COOLING, 198 SUNSET BLVD E, CHAMBERSBURG, PA 17202-7953 |
| 5218117 | | ONEMAIN FINANCIAL (BK Real Estate), PO BOX 6043, SIOUX FALLS, SD 57117-6043 |
| 5218122 | + | SUMMIT PHYSICIAN SERVICES, 785 5TH AVE, STE 3, CHAMBERSBURG, PA 17201-4232 |
| 5510223 | + | Select Portfolio Servicing, Inc., Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454 smccaffery@hoflawgroup.com 19454-4156 |
| 5218127 | + | THE STORAGE HOUSE, 440 MOWER ROAD, CHAMBERSBURG, PA 17202-8150 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2025 18:41:11 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2025 18:41:11 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 20 2025 18:39:00 | Federal Home Loan Mortgage Corporation, as Trustee, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2025 18:41:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5218092 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 20 2025 18:39:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 5218093 | + | Email/Text: legal@arsnational.com | Aug 20 2025 18:39:00 | ARS NATIONAL SERVICES, INC, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 5422959 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2025 18:41:11 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5259230 | | Email/Text: ally@ebn.phinsolutions.com | Aug 20 2025 18:39:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5218094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2025 18:51:42 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5218095 | + | Email/Text: bankruptcy@cavps.com | | |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 20 2025 18:39:00 | CAVALRY SPV I LLC, ATT ANDREW ZARO CEO & PRESIDENT, 500 SUMMIT LAKE DR, STE 400, VALHALLA, NY 10595-2321 |
| 5218096 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2025 18:39:00 | CB/VICSCRT, ATTN: BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5218098 | + | Email/Text: documentfiling@lciinc.com | Aug 20 2025 18:39:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5218099 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2025 18:39:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5218100 | | Email/Text: BKPT@cfna.com | Aug 20 2025 18:39:00 | CREDIT FIRST NATL ASSOC, PO BOX 81344, CLEVELAND, OH 44188-0344 |
| 5218101 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2025 18:41:22 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5231585 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2025 18:51:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5242869 | + | Email/Text: bankruptcy@cavps.com | Aug 20 2025 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5218128 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 20 2025 18:39:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5218103 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2025 18:51:40 | DSNB MACYS, BK NOTICES, PO BOX 8053, MASON, OH 45040 |
| 5218104 | | Email/Text: operationsclerk@easypayfinance.com | Aug 20 2025 18:39:00 | EASYPAY/DVRA, 2701 LOKER AVE WEST, CARLSBAD, CA 92008 |
| 5218107 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2025 18:39:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5218097 | | Email/Text: info@pamd13trustee.com | Aug 20 2025 18:39:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5218109 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2025 18:41:32 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5218110 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2025 18:41:11 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5218111 | | Email/Text: amps@manleydeas.com | Aug 20 2025 18:39:00 | MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH 43216-5028 |
| 5218113 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2025 18:39:00 | MIDLAND CREDIT MANAGEMENT, INC., 2365 NORTHSIDE DR, STE 300, SAN DIEGO, CA 92108-2710 |
| 5218114 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2025 18:39:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5218115 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2025 18:39:00 | MR COOPER, 8950 CYPRESS WATERS BLVD, DALLAS, TX 75019-4620 |
| 5241831 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2025 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5218116 | + | Email/Text: Bankruptcies@nragroup.com | Aug 20 2025 18:39:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5236902 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2025 18:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 5242456 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 20 2025 18:39:00 | Onyx Bay Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5218118 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 20 2025 18:39:00 | PATRIOT FEDERAL CREDIT UNI, 800 WAYNE AVE, CHAMBERSBURG, PA 17201-3810 |
| 5218120 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2025 18:41:32 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5244474 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2025 18:51:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, P O B 41067, NORFOLK, VA 23541 |
| 5244188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2025 18:41:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5242920 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 20 2025 18:39:00 | Patriot Federal Credit Union, PO Box 778, Chambersburg, PA 17201-0778 |
| 5237302 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2025 18:39:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5218121 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 20 2025 18:39:00 | RMP, PO BOX 329, TEMPLE, PA 19560-0329 |
| 5218123 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2025 18:51:40 | SYNCB/AMEG, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5218124 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2025 18:41:32 | SYNCB/JCP, BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5218125 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2025 18:41:32 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5218126 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2025 18:41:32 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5444209 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing Inc., as, servicing agent et al, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5444210 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing Inc., as, servicing agent et al, PO Box 65250, Salt Lake City, UT 84165, Select Portfolio Servicing Inc., as, servicing agent et al 84165-0250 |
| 5263235 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5263236 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5384952 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2025 18:39:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5218631 | ^ | MEBN | Aug 20 2025 18:36:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5218129 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 20 2025 18:39:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5218130 | + | Email/Text: bankruptcytn@wakeassoc.com | Aug 20 2025 18:39:00 | VALLEY CREDIT SERVICE INC, PO BOX 2162, HAGERSTOWN, MD 21742-2162 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| 5242400 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5218108 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5218105 | ##+ | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5218119 | ##+ | PEERLESS CREDIT SERVICES, INC, PO BOX 518, MIDDLETOWN, PA 17057-0518 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Bradley J Osborne | on behalf of Creditor Select Portfolio Servicing. as servicing agent for Federal Home Loan Mortgage, as Trustee for the Benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Bradley J Osborne | on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Kari Lyn Parra DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Oscar Enrique Parra DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Kari Lyn Parra karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | |

| | |
|---|---|
| | on behalf of Debtor 1 Oscar Enrique Parra karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com |
| Robert Shearer | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 rshearer@raslg.com |
| Sarah K. McCaffery | on behalf of Creditor Select Portfolio Servicing Inc. smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Select Portfolio Servicing. as servicing agent for Federal Home Loan Mortgage, as Trustee for the Benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| OSCAR ENRIQUE PARRA | : | |
| | : | CASE NO. 1:19-bk-02858 |
| KARI LYN PARRA | : | |
| | : | |
| Debtors | : | |

### ORDER

Upon consideration of the Debtors' Motion to Reopen Case, Doc. 130, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is reopened for the limited purpose of allowing the Debtors to file their certificate of completion for the required debtor education courses and the necessary discharge certification forms, to the extent not already filed.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 20, 2025